**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2969 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 48 DB 2023 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 77987 |
| JAMES J. CONABOY, | : | |
| | : | |
| Respondent | : | (Lackawanna County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of April, 2023, upon consideration of the Verified Statement of Resignation, James J. Conaboy is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).